# Third District Court of Appeal

## State of Florida

Opinion filed August 30, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-469
Lower Tribunal No. 17-1210
_____

**Naomi Beaubrun,**
Appellant,

vs.

**GeoVera Specialty Insurance Company,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Lisa S. Walsh, Judge.

Mintz Truppman, P.A., and Timothy H. Crutchfield, for appellant.

Paul R. Pearcy, P.A., and Maureen G. Pearcy; and Hinshaw & Culbertson, LLP, and Joseph V. Manzo, for appellee.

Before LOGUE, C.J., and HENDON and GORDO, JJ.

PER CURIAM.

Naomi Beaubrun ("Insured") appeals from the trial court's order entering final summary judgment in favor of the insurer, GeoVera Specialty Insurance Co. ("GeoVera"), and denying her motion for partial summary judgment. We affirm.

The relevant provisions in the Insured's policy and the Water Damage Limitation and Exclusion Endorsement ("WDX Endorsement") issued by GeoVera to the Insured are identical to those in GeoVera Specialty Insurance Co. v. Glasser, 337 So. 3d 8 (Fla. 4th DCA 2022). Further, in both the instant case and in Glasser, the damages were caused by a sudden discharge of water from the home plumbing system. Based on our de novo review of the Insured's policy and the WDX Endorsement, we agree with the Fourth District Court of Appeal's decision and analysis in Glasser. Accordingly, we affirm the trial court's order entering final summary judgment in favor of GeoVera and denying Beaubrun's motion for partial summary judgment.

Affirmed.